# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00074-CV

**Aaron Erickson, Appellant**

**v.**

**Stephanie Reeh, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 17-0784, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on July 16, 2020, is hereby withdrawn. We will grant appellant's motion for extension of time and order him to file his motion for rehearing on or before September 10, 2020. No further extension will be granted. Failure to comply with this order will result in the Court reissuing the mandate.

It is ordered on August 21, 2020.

Before Justices Goodwin, Baker, and Kelly